# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:16-mj-0001CMK

Jesse Dunay

**ORDER TO PAY**

SOCIAL SECURITY #:
DATE OF BIRTH:
DRIVER'S LICENSE #:
ADDRESS:

CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 3-22-16

DEFENDANT'S SIGNATURE

Defendant is placed on 5 years summary court probation.

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 1,425   and a penalty assessment of $ 75   for a TOTAL AMOUNT OF: $ 1,500   within _____ days/months; or payments of $ 100   per month, commencing 4-1-16   and due on the first of each month until paid in full.

[X] ~~Restitution:~~ Defendant is prohibited from entering Whiskeytown
( ) ~~Community Service~~ National Recreation Area with fees not to exceed $ 5 years
completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA ~~30374-0026~~

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

**CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3-22-16

U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3